### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| JESSICA NELSON,<br>INDIVIDUALLY AND ON BEHALF OF<br>SIMILARLY SITUATED CONSUMERS,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S
### NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc. ("Experian") files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and removes this civil action from the Circuit Court of Etowah County, Alabama, where it is now pending as Index No. 31-CV-2021-900272.00, to the United States District Court for the Northern District of Alabama. In support of this Notice, Experian states the following grounds:

1. An action was filed by Plaintiff Jessica Nelson ("Plaintiff") in the Circuit Court of Etowah County, Alabama, entitled *Jessica Nelson v. Experian Information Solutions, Inc.*, Index No. 31-CV-2021-900272.00 (the "State Court Action").

2. Experian was served with the Summons and Complaint on or about June 9, 2021.

3. This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based, pursuant to 28 U.S.C. § 1446(b).

4.      A copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a).

5.      This Court is the proper district court for removal because the State Court Action is pending within this district.

6.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 in that this civil action arises under the Constitution or laws of the United States.

7.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties. Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8.      The claims for relief against Experian alleged in the State Court Action arise under the federal Fair Credit Reporting Act, 15 U.S.C. §§ 1681 *et seq*. Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

9.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff in the State Court Action and to the Clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: June 30, 2021

Respectfully submitted,

L. Jackson Young, Jr.
Moore Young Foster & Hazelton, LLP
1122 Edenton Street
Birmingham, Alabama 35242
Telephone: (205) 879-8722
Telecopier: (205) 879-8831
Email: jyoung@my-defense.com

*Attorneys for Defendant Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that on June 30, 2021, I caused a copy of the foregoing to be served on the following counsel of record via electronic mail and first-class U.S. mail, postage prepaid:

J. Matthews Stephens, Esq.
Brook B. Rebarchak, Esq.
Methvin Terrell Yancey Stephens & Miller, P.C.
2201 Arlington Avenue South
Birmingham, Alabama 35205
mstephens@mtattorneys.com
brebarchak@mtattorneys.com
*Attorneys for Plaintiff*

W. Whitney Seals, Esq.
Post Office Box 10448
Birmingham, Alabama 35202-0448
filings@cochrunseals.com
*Attorneys for Plaintiff*

/s/ L. Jackson Young, Jr.
*Attorneys for Defendant Experian Information Solutions, Inc.*