UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**JESSICA NELSON,**
    Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.,**
    Defendant.

Case No. 4:21-cv-894-CLM

## FINAL ORDER

For the reasons stated in the accompanying memorandum, the court **GRANTS** Experian's motion for summary judgment. (Docs. 64, 65). Because the court is granting summary judgment in Experian's favor, the court **DENIES AS MOOT** Nelson's motion for class certification (doc. 42) and motion for partial summary judgment (doc. 43).

The court **DISMISSES WITH PREJUDICE** Nelson's complaint.

The court **DIRECTS** the Clerk of Court to close this case.

Costs taxed against Nelson.

**DONE** and **ORDERED** on August 16, 2023.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE