# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JESSICA NELSON, INDIVIDUALLY AND ON BEHALF OF SIMILARLY SITUATED CONSUMERS,<br><br>**Plaintiffs,**<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>**Defendant.** | **CIVIL ACTION NUMBER:**<br>**4:21-cv-00894-CLM** |

## PLAINTIFF'S NOTICE OF APPEAL

**COMES NOW** the Plaintiff in the above-named case, who hereby appeals to the United States Court of Appeals for the Eleventh Circuit from Order dated December 11, 2023, [Doc. 90], which denied the Plaintiff's Motion to Alter or Amend the Judgment granting Experian's Motion for Summary Judgment [Docs. 64, 65] of that Final Order dated August 16, 2023, [Doc. 85].

Respectfully submitted on behalf of the Plaintiff this the 4th day of January, 2024.

1

/s/ *W. Whitney Seals*
W. WHITNEY SEALS,
Attorney for the Plaintiff

**OF COUNSEL:**

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
T: (205) 323-3900
F: (205) 323-3906
E: filings@cochrunseals.com

**AND**

J. Matthew Stephens, Esq.
Brooke B. Rebarchak, Esq.
**METHVIN, TERRELL, YANCEY,
    STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
T: (205) 939-0199
F: (205) 939-0399
E: mstephens@mtattorneys.com
E: brebarchak@mtattorneys.com
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Jackson Young, Jr., Esq.
**CHRISTIAN & SMALL, LLP**
505 North 20th Street, Suite 1800
Birmingham, AL 35203
T: (205) 250-6617
F: (205) 328-7234
E: LJYoung@csattorneys.com

Robert N. Stander, Esq. (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001
T: (202) 879-7628
F: (202) 626-1700
E: rstander@jonesday.com

Kerianne Tobitsch (pro hac vice)
**JONES DAY**
250 Vesey Street
New York, New York 10281-1047
T: (212) 326-8321
F: (212) 755-7306
E: ktobitsch@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

                                                /s/ *W. Whitney Seals*
                                                OF COUNSEL