# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| JESSICA NELSON, INDIVIDUALLY ) <br> AND ON BEHALF OF SIMILARLY ) <br> SITUATED CONSUMERS, ) <br>    ) <br> PLAINTIFFS, ) <br>    ) <br> v. ) <br>    ) <br> EXPERIAN INFORMATION ) <br> SOLUTIONS, INC. ) <br>    ) <br> DEFENDANT. ) | **CIVIL ACTION NUMBER:** <br> **4:21-cv-00894-CLM** |

## PLAINTIFF'S SECOND AMENDED NOTICE OF APPEAL

**COMES NOW** the Plaintiff in the above-named case, and files this Amended Notice of Appeal. This second amendment is solely for clarification and correction of written Amended Notice of Appeal [Doc. 95]. Said document should read as follows: "This amendment is solely for clarification regarding the District Court Orders from which Plaintiff appeals. Plaintiff appeals from both the District Court's Order dated December 11, 2023, [Doc. 90], which denied the Plaintiff's Motion to Alter or Amend the Judgment granting Experian's Motion for Summary Judgment [Docs. 64, 65] of that Final Order dated August 16, 2023, [Doc. 84, 85], and the

Final Order dated August 16, 2023, [Doc. 84, 85], which granted Experian's Motion for Summary Judgment and disposed of Plaintiff's claims."

Respectfully submitted on behalf of the Plaintiff this the 30th day of January, 2024.

        /s/ *W. Whitney Seals*
        W. WHITNEY SEALS,
        Attorney for the Plaintiff

**OF COUNSEL:**

**COCHRUN & SEALS, LLC**
P. O. Box 10448
Birmingham, AL 35202-0448
T: (205) 323-3900
F: (205) 323-3906
E: filings@cochrunseals.com

**AND**

J. Matthew Stephens, Esq.
Brooke B. Rebarchak, Esq.
**METHVIN, TERRELL, YANCEY,**
    **STEPHENS & MILLER, P.C.**
2201 Arlington Avenue South
Birmingham, AL 35205
T: (205) 939-0199
F: (205) 939-0399
E: mstephens@mtattorneys.com
E: brebarchak@mtattorneys.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

L. Jackson Young, Jr., Esq.
**CHRISTIAN & SMALL, LLP**
505 North 20th Street, Suite 1800
Birmingham, AL 35203
T: (205) 250-6617
F: (205) 328-7234
E: LJYoung@csattorneys.com

Robert N. Stander, Esq. (*pro hac vice*)
**JONES DAY**
51 Louisiana Ave. NW
Washington, DC 20001
T: (202) 879-7628
F: (202) 626-1700
E: rstander@jonesday.com

Kerianne Tobitsch (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, New York 10281-1047
T: (212) 326-8321
F: (212) 755-7306
E: ktobitsch@jonesday.com
*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

                                              /s/ *W. Whitney Seals*
                                              OF COUNSEL